**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ROBERT HALL<br><br>        Plaintiff,<br><br>   v.<br><br>AMERICAN EXPRESS COMPANY;<br>EQUIFAX INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; AND TRANSUNION, LLC<br><br>        Defendants. | Case No. 1:25-cv-03696-LLA |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned hereby enters his appearance as counsel on behalf of Defendant Experian Information Solutions, Inc. in the above-captioned case.

Dated:  May 29, 2026

Respectfully submitted,

      */s/ Elijah C. Conley*

Elijah C. Conley (D.C. Bar No. 90030001)
VENABLE LLP
600 Massachusetts Avenue, N.W.
Washington, DC 20001
Tel:    (202) 344-8234
Fax:    (202) 344-8300
ECConley@Venable.com

*Counsel for Defendant Experian Information Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 29th day of May 2026, I filed the foregoing Notice of Appearance with the Clerk of Court using the Court's electronic filing system, which will send a notification of such filing to all counsel of record.

Also, on May 29, 2026, I served Plaintiff, *pro se*, with a true and correct copy of the foregoing via U.S. Mail to the following address:

> Robert Hall
> 10 K. Street SE, #1012
> Washington, D.C. 20003
> (301) 412-5673
> hallstreetgroup@gmail.com
> *Pro Se Plaintiff*

/s/ *Elijah Conley*
Elijah Conley

*Counsel for Defendant Experian Information Solutions, Inc.*
