**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

ROBERT HALL,                                          CASE NO.  1:25-cv-03696-LLA
        Plaintiff,

    vs.

AMERICAN EXPRESS COMPANY;
EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
and TRANS UNION LLC;
        Defendants.

**TRANS UNION LLC, EQUIFAX INFORMATION SERVICES, LLC AND EXPERIAN INFORMATION SOLUTIONS, INC.'S JOINT MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant consumer reporting agencies Trans Union LLC ("Trans Union"), Equifax Information Services, LLC ("Equifax"), and Experian Information Solutions, Inc. ("Experian") (collectively, the "Defendants") by counsel, respectfully submit this Joint Motion For Judgment On the Pleadings (the "Motion").

The Motion should be granted, in its entirety, in this case where Defendants accurately reported that pro se Plaintiff's American Express ("AMEX") account had been either charged off or listed as in collections, but where Plaintiff claims that he and AMEX agreed the account would not be reported because:

A.      Plaintiff has failed to allege a factual inaccuracy in Defendants' reporting, and case law holds that an inaccuracy is a required element of Plaintiff's FCRA claims;

B.      Case law further holds that legal disputes between consumers and their creditors cannot give rise to FCRA claims because Defendants are not obligated to resolve these types of disputes; and

C.      The Complaint should be dismissed with prejudice because amendment would be futile, as Plaintiff cannot allege any set of facts to establish an actionable inaccuracy in Defendants' reporting.

The basis for the Motion is set forth more fully in the accompanying Memorandum.

WHEREFORE, the Defendants respectfully request that the Court grant the Motion, dismiss Plaintiff's Complaint against the Defendants in its entirety, with prejudice, and award the Defendants its fees and costs incurred in defending this action, including reasonable attorneys' fees, along with such other relief as the Court deems equitable and just.

Respectfully submitted,

/s/ Connor L. Trapp
Connor L. Trapp, Esq. (IN# 39047-30)
 (admitted *Pro Hac Vice*)
Quilling, Selander, Lownds, Winslett
 & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone:  (317) 497-5600, Ext. 606
Fax:  (317) 899-9348
E-Mail: ctrapp@qslwm.com

*Lead Counsel for Defendant Trans Union LLC*

H. Mark Stichel, Esq. DC Bar No. 503038
RKW Law Group
10075 Red Run Boulevard
Owings Mills, Maryland 21117
Telephone:  (443) 379-8987
Fax:  (443) 379-4023
E-Mail:  hmstichel@rkwlawgroup.com

*Local Counsel for Defendant Trans Union LLC*

*/s/ Lauren E. Lacey*
Lauren E. Lacey, Esq., D.C. Bar No. 90002063
TROUTMAN PEPPER LOCKE LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
Lauren.lacey@troutman.com

*Counsel for Defendant Experian Information Solutions, Inc.*

*/s/ Jack R. McCaffrey*
Jack R. McCaffrey, DC Bar No. 90005202
jmccaffrey@clarkhill.com
CLARK HILL PLC
1001 Pennsylvania Avenue, NW
Suite 1300 South
Washington, DC  20004
Telephone:  (202) 640-6675
Facsimile:  (202) 772-0919

*Counsel for Defendant*
*Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **29th day of May, 2026**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Lauren E. Lacey, Esq.<br>Lauren.lacey@troutman.com | Jack R. McCaffrey, Esq.<br>jmccaffrey@clarkhill.com |
| Elijah Conley, Esq.<br>ecconley@venable.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **29th day of May, 2026** properly addressed as follows:

| | |
|---|---|
| **Pro Se Plaintiff**<br>Robert Hall<br>10 K Street SE, #1012<br>Washington, DC 20003 | |

/s/ Connor L. Trapp
Connor L. Trapp, Esq. (IN# 39047-30)
  (admitted *Pro Hac Vice*)
Quilling, Selander, Lownds, Winslett
  & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone:  (317) 497-5600, Ext. 606
Fax:  (317) 899-9348
E-Mail: ctrapp@qslwm.com

*Lead Counsel for Defendant Trans Union LLC*