**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ROBERT HALL

          Plaintiff,

    v.

AMERICAN EXPRESS COMPANY;
EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS,
INC.; AND TRANSUNION, LLC

          Defendants.

Case No. 1:25-cv-03696-LLA

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Miriam Weinstock of Venable LLP as counsel for Defendant

Experian Information Solutions, Inc. I certify that I am admitted to practice in this Court.

Dated: June 2, 2026          Respectfully submitted,

          */s/ Miriam Weinstock*
          Miriam Weinstock (Bar ID 90018519)
          VENABLE LLP
          750 E. Pratt Street, Suite 900
          Baltimore, Maryland 21202
          T (410) 244-7504
          F (410) 244-7742
          Mweinstock@venable.com

          *Counsel for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June 2026, I filed the foregoing Notice of Appearance with the Clerk of Court using the Court's electronic filing system, which will send a notification of such filing to the following:

Robert Hall
10 K. Street SE, #1012
Washington, D.C. 20003
(301)412-5673
hallstreetgroup@gmail.com
*Pro Se Plaintiff*

*/s/ Miriam Weinstock*
Miriam Weinstock