**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ROBERT HALL,

      *Plaintiff*,

  v.

EXPERIAN INFORMATION
SOLUTIONS, INC., *et al.*,

      *Defendants*.

Civil Action No. 25 - 3696 (LLA)

## <u>ORDER</u>

This matter is before the court on Defendants' Motion for Judgment on the Pleadings. ECF No. 32. Plaintiff Robert Hall, who is proceeding pro se, is advised of the following:

Before the court rules on Defendants' motion for judgment on the pleadings, Plaintiff is entitled to file a memorandum and supporting material in response. Under this court's local rules, a party opposing a motion must serve and file a memorandum of points and authorities in opposition within fourteen days of the date of service of the motion or "at such other time as the Court may direct." Local Civ. R. 7(b). Here, the court directs that Plaintiff's response must be filed on or before **July 6, 2026**. If Plaintiff fails to respond to Defendants' motion in the time provided, the court may (1) treat the motion as conceded, *id.*; (2) rule on Defendants' motion based on Defendants' arguments alone and without considering Plaintiff's arguments; or (3) dismiss Plaintiff's claims for failure to prosecute, *see Bristol Petroleum Corp. v. Harris*, 901 F.2d 165, 167 (D.C. Cir. 1990). Further, if Plaintiff opposes the motion but addresses only some of Defendants' arguments, the court may treat the arguments that Plaintiff failed to address as conceded. *See, e.g.*, *Xenophon Strategies, Inc. v. Jernigan Copeland & Anderson, PLLC*, 268 F.

Supp. 3d 61, 72 (D.D.C. 2017); *Hopkins v. Women's Div., Gen. Bd. of Glob. Ministries*, 284 F. Supp. 2d 15, 25 (D.D.C. 2003), *aff'd*, 98 F. App'x 8 (D.C. Cir. 2004) ("It is well understood in this Circuit that when a plaintiff files an opposition to a dispositive motion and addresses only certain arguments raised by the defendant, a court may treat those arguments that the plaintiff failed to address as conceded.").

Accordingly, it is hereby **ORDERED** that Plaintiff shall file a brief in opposition to Defendants' Motion for Judgment on the Pleadings on or before **July 6, 2026**. If Plaintiff does not file a response within the time provided, the court may treat the motion as conceded, dismiss Plaintiff's claims for failure to prosecute, or rule on the motion for judgment on the pleadings based on Defendants' arguments alone and without considering any arguments that Plaintiff may later wish to raise.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date:   June 4, 2026

2