**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

ROBERT HALL,

        Plaintiff,

    v.

                                **CIVIL ACTION NO. 1:25-CV-03696-LLA**

AMERICAN EXPRESS COMPANY;
EQUIFAX INFORMATION SERVICES,
LLC; EXPERIAN INFORMATION
SOLUTIONS, INC; and TRANSUNION
LLC,

        Defendants.

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Civil Rule 83.6(b), the undersigned, Lauren E. Lacey of Troutman Pepper Locke, LLP withdraws her appearance as counsel for Defendant, Experian Information Solutions, Inc. ("Experian") in this matter. This case has been transferred to the law firm of Venable LLP for representation and service as lead counsel. Experian will be represented by Miriam Weinstock of Venable LLP, who is admitted to this Court. Experian is aware and consents to the withdrawal of Lauren E. Lacey as counsel in this matter. A proposed Order granting the Motion to Withdraw is attached hereto as **Exhibit A.**

Dated: June 9, 2026              */s/ Lauren E. Lacey*
                              Lauren E. Lacey, D.C. Bar No. 90002063
                              TROUTMAN PEPPER LOCKE LLP
                              401 9th Street NW, Suite 1000
                              Washington, DC 20004
                              Lauren.lacey@troutman.com

*/s/Miriam Weinstock*
Miriam Weinstock
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
T (410) 244-7504
F (410) 244-7742
Mweinstock@venable.com

*Counsel for Defendant Experian*
*Information Solutions, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 9, 2026, I caused the foregoing document to be filed with the

Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel

of record. I further certify that a copy of the foregoing was sent via U.S. Mail to:

Robert Hall
10 K Street SE, #1012
Washington, DC 20003
*Pro se plaintiff*


/s/ Lauren E. Lacey
Lauren E. Lacey, D.C. Bar No. 90002063

3