# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:25-cv-03696-LLA |
| v. | ) |
| | ) Hon. Loren L. AliKhan |
| AMERICAN EXPRESS COMPANY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Plaintiff Robert Hall, appearing *pro se*, has changed his address of record. All future filings, orders, and correspondence in this action should be directed to Plaintiff at the new address below, effective immediately. Plaintiff respectfully requests that the Clerk and all counsel of record update their records accordingly.

**Former address of record:**
10 K Street SE, #1012
Washington, DC 20003

**New address of record:**
6500 Dobbins Court
La Plata, MD 20646

Plaintiff's telephone number and email remain: (301) 412-5673; hallstreetgroup@gmail.com.

Dated: June 29, 2026
Respectfully submitted,

/s/ Robert Hall
Robert Hall, Pro Se Plaintiff
6500 Dobbins Court, La Plata, MD 20646
(301) 412-5673
hallstreetgroup@gmail.com



**RECEIVED**

JUN 2 9 2026

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2026, I filed the foregoing with the Clerk of the Court and served a true and correct copy on the following counsel of record by first-class U.S. mail, postage prepaid, and by electronic mail:

Connor L. Trapp

Quilling, Selander, Lownds, Winslett & Moser, P.C.

10333 N. Meridian St., Suite 200,

Indianapolis, IN 46290; and

H. Mark Stichel,

RKW Law Group

10075 Red Run Blvd., 4th Floor

Owings Mills, MD 21117 — Counsel for Trans Union LLC

Miriam Weinstock

Venable LLP

750 East Pratt Street, Suite 900

Baltimore, MD 21202 — Counsel for Experian Information Solutions, Inc.

Jack R. McCaffrey

Clark Hill PLC

1001 Pennsylvania Avenue NW, Suite 1300 South,

Washington, DC 20004 — Counsel for Equifax Information Services LLC

/s/ Robert Hall

Robert Hall

2